IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action Number 97-cr-00215-DBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THURSTON BEADLE,

        Defendant.
_____

ORDER
_____

Upon review of the Clerk's file in this criminal proceeding, following the death of Judge Daniel B. Sparr, it appears that defendant's term of supervised release has ended. Accordingly, it is

ORDERED that the Motion for Early Termination of Supervised Release, filed on May 19, 2004, is moot.

DATED:   November 29th , 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge